Entered on Docket
January 19, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1 | KATHERINE JOHNSON (CA SBN 259854)
CASPER J. RANKIN (CA SBN 249196)
2 | PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
3 | P.O. Box 17933
San Diego, CA 92177-0933
4 | Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Signed and Filed: January 15, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

Attorneys for US BANK NA AS SUCCESSOR TRUSTEE TO WACHOVIA BANK, NA, AS TRUSTEE FOR WELLS FARGO ALTERNATIVE LOAN 2005-2 TRUST, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2

UNITED STATES BANKRUPTCY COURT

In re

DAVID R. AZZARELLO AND TERESA A. AZZARELLO,

Debtor(s).

Case No. 09-33349-TEC

Chapter 7

R.S. No. KLJ-792

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

DATE:    January 4, 2010
TIME:    1:00 PM
CTRM:    23

United States Bankruptcy Court
235 Pine Street, 19th Floor
San Francisco, CA 94104

The above-captioned matter came on for hearing on January 4, 2010, at 1:00 PM, in Courtroom 23, upon the Motion of US Bank NA as successor Trustee to Wachovia Bank, NA, as Trustee for Wells Fargo Alternative Loan 2005-2 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2005-2 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of David R. Azzarello and Teresa A. Azzarello ("Debtors") commonly known as 2300 Silverado Ranch Blvd #1043, Las Vegas, Nevada 89123 (the "Real Property"), which is legally described as follows:

1  SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 27.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.  However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

David R. Azzarello
412 Barnegat Lane
Redwood City, CA 94065

Teresa A. Azzarello
412 Barnegat Lane
Redwood City, CA 94065

Renee C. Mendoza
Moran Law Group, Inc.
1674 N Shoreline Blvd., #140
Mountain View, CA 94043-1375
Debtor Attorney

Janina M. Elder
P.O. Box 158
Middletown, CA 95461
Chapter 7 Trustee

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104